**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6962**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDWARD CHARLES HUNTER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:18-cr-00052-AWA-RJK-1)

_____

Submitted:  November 17, 2022                    Decided:  November 23, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Charles Hunter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Charles Hunter, a federal prisoner, appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record, we conclude that the district court did not abuse its discretion in determining that Hunter failed to show extraordinary and compelling reasons that warrant early release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021). Accordingly, we affirm. We also deny Hunter's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*